Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 3**

| | |
|---|---|
| JELD-WEN, INC. | |
| **Plaintiff,** | **S U M M O N S**<br>**Court No. 26-02523** |
| **v.** | |
| **UNITED STATES,** | |
| **Defendant.** | |

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Gina Justice**
Clerk of the Court

1. _____
   (Name and standing of plaintiff)

2. _____
   _____
   _____
   (Brief description of contested determination)

3. _____
   (Date of determination)

4. _____
   (If applicable, date of publication in Federal Register of notice of contested determination)

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

_____
Signature of Plaintiff's Attorney

_____
Date

| |
|---|
| James L. Rogers, Jr., Esq.<br>Nelson Mullins Riley & Scarborough<br>2 W. Washington Street, Suite 400<br>Greenville, SC 29601<br>Phone: (864) 373-2216<br>jay.rogers@nelsonmullins.com |

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

**NOTICE TO INTERESTED PARTIES**
Jeld-Wen, Inc. v. United States
Court No. 26-02523


Pursuant to Rule 3(f) of the Rules of the U.S. Court of International Trade, I hereby certify that on or before April 2, 2026, I notified all interested parties who were a party to the proceeding below, by mailing a copy of the foregoing Summons, Form 5, Form 11, and Form 13 by certified mail, return receipt requested, or by other means if agreed to by the parties:

Timothy C Brightbill, Esq.
Wiley Rein LLP
2050 M Street, NW
Washington, DC 20036

Gregory Menegaz, Esq.
The Inter-Global Trade Law Group PLLC
1156 15th Street, NW
Suite 1101
Washington, DC 20005

Jeffrey S. Grimson
Mowry & Grimson PLLC
5335 Wisconsin Ave., NW
Suite 810
Washington, DC 20015

Qianqian Yang
Beijing Lantu Law Firm 1210,
12nd Floor, Block A, Baoneng Centre,
Futong East Street, Chaoyang District,
Beijing, China.10002

David J. Craven, Esq.
Craven Trade Law LLC
3744 N Ashland
Chicago, IL 60613
david.craven@tradelaw.com


_/s/ James L. Rogers_____
James L. Rogers