Form 7-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 7**

| | |
|---|---|
| Jeld-Wen, Inc.<br><br><br>                              Plaintiff,<br>                    v.<br><br>United States<br><br>                              Defendant. | Court No.          1:26-cv-02523 |

**NOTICE OF DISMISSAL**

     **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: April 23, 2026
_____

/s/ James L. Rogers
_____
Signature of Plaintiff's Attorney

James L. Rogers
_____
Attorney for Plaintiff

Jeld-Wen, Inc.
_____
Firm

Nelson Mullins Riley & Scarborough LLP
_____
Street Address

2 W. Washington Street, Suite 400, Greenville, SC 29601
_____
City, State and Zip Code

(864) 373-2216
_____
Telephone Number

jay.rogers@nelsonmullins.com
_____
E-mail Address

Form 7-2

## Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 1:26-cv-02523 | Jeld-Wen, Inc. | N/A | N/A |

## Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)