Form 7A-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**                    **FORM 7A**

| | |
|---|---|
| Jeld-Wen, Inc. | |
| Plaintiff, | Court No. 1:26-cv-02523 |
| v. | |
| United States | |
| Defendant. | |

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: April 23, 2026

/s/ James L. Rogers
_____
Signature of Plaintiff's Attorney

James L. Rogers
_____
Attorney for Plaintiff

Jeld-Wen, Inc.
_____
Firm

Nelson Mullins Riley & Scarborough LLP
_____
Street Address

2 W. Washington Street, Suite 400, Greenville, SC 29601
_____
City, State and Zip Code

(864) 373-2216
_____
Telephone Number

jay.rogers@nelsonmullins.com
_____
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated:      4/30/2026

Clerk, U. S. Court of International Trade

By: _____ /s/ Lewis Hugh _____
Deputy Clerk

Form 7A-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 1:26-cv-02523 | Jeld-Wen, Inc. |

Order of Dismissal

        This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated:    4/30/2026

                                                                      Clerk, U. S. Court of International Trade

                                              By: _____/s/ Lewis Hugh_____
                                                              Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)